| UNITED STATES BANKRUPTCY COURT<br>**Eastern District of Texas (Sherman)** | | **NOTICE OF CHANGE OF ADDRESS** |
|---|---|---|
| Name of Debtor:<br>Jeniffer Lee Nam and Ki Won Nam | Case Number:<br>13-40543 | |
| Name of Creditor:<br>U.S. Bank National Association, as Trustee for Banc of America Funding 2008-FT1 Trust, Mortgage Pass-Through Certificates, Series 2008-FT1 | | **COURT USE ONLY** |
| Name of Current Servicer of account:<br>Nationstar Mortgage, LLC | | |
| Name and Address where notices should be sent:<br>Nationstar Mortgage, LLC<br>PO Box 619096<br>Dallas, TX 75261-9741<br><br>Telephone Number: 877-343-5602 | | X Check this box if you are changing the address that notices will go to. |
| Name and Address where payments should be sent (if different from above):<br>Nationstar Mortgage, LLC<br>PO Box 619094<br>Dallas, TX  75261-9741 | | X Check this box if you are changing the address that payments will go to. |
| **1. Account Number: 7129** | | ☐ Check this box if the account number has changed. |
| 2.  Signature<br>    Check the appropriate box.<br>    ☐ I am the creditor.<br>    ☒ I am the creditor's authorized agent (Attached copy of power of attorney, if any.)<br>    ☐ I am the trustee, or the debtor.<br>    ☐ I am a guarantor, surety, indorser, or other codebtor.<br><br>        /s/ Michael Daniels                                    Date:  03/30/2015<br>        Michael Daniels - Assistant Secretary | | |

1253359-2e46039f-56f4-4d4e-94dc-8265aa466fe4-

# UNITED STATES BANKRUPTCY COURT

Eastern District of Texas (Sherman)

Chapter 11 No. 13-40543

In re:

Judge: Chief Judge Brenda T. Rhoades

Jeniffer Lee Nam and Ki Won Nam

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2015, I have served a copy of this Notice and all attachments to the following by U.S. Mail, postage pre paid, or via filing with the US Bankruptcy Court's CM ECF system.

Debtor:    Jeniffer Lee Nam
           Ki Won Nam
           1503 Sunnyslope Drive
           Carrollton, TX 75007

Debtor's Attorney:    Jonathan Gitlin
                      8140 Walnut Hill Lane
                      Suite 301
                      Dallas, TX 75231

/s/ Bill Taylor - Member of 4 S Technologies, LLC,

Authorized Agent for Nationstar Mortgage LLC,

through Walz Group as mailing agent